## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| MICHELE CITRON, | § § § | |
| *Plaintiff,* | § | |
| v. | § § | Case No. 0:21-cv-62346-WPD |
| | § | |
| AFNI, INC. | § § | |
| *Defendant.* | § | |

### DEFENDANT AFNI, INC.'S DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendant AFNI, Inc. hereby certifies that AFNI, Inc. is not owned by any parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Respectfully submitted by:

/s/ Sangeeta Spengler
Sangeeta Spengler, Esq.
FBN: 0186864
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone: 813) 251-5500
Direct: (813) 251-3661
Fax: (813) 251-3675
spspengler@gsgfirm.com