UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62346-CIV-DIMITROULEAS

MICHELE CINTRON,

    Plaintiff,

vs.

AFNI, INC.,

    Defendant.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

This Court's November 18, 2021 Order directed the parties to file a Joint Scheduling Report within thirty-five (35) calendar days of the filing of the first responsive pleading by the last responding defendant. *See* [DE 6]. Defendant filed its answer on January 6, 2022. *See* [DE 14]. Thus, a Joint Scheduling Report should have already been filed.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **February 22, 2022**, Plaintiff shall either show cause why this case should not be dismissed for failure to follow this Court's Order or file a Joint Scheduling Report. Failure to timely respond will result in dismissal of the case without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of February, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record